# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MATTHEW JAMES KING,

   *Plaintiff*,

vs.

DWIGHT D. NEVEN.*, et al.*

   *Defendants*.

2:12-cv-00572-GMN-VCF

ORDER

IT IS ORDERED that defendants' motion (#15) to remove former counsel from the CM/ECF service list is GRANTED.  The Clerk of Court shall modify the docket sheet to terminate Ms. Kara L. Krause as counsel for defendants and shall take any other administrative steps necessary to remove her from the list of counsel receiving notices of electronic filing in this matter.

    DATED: February 6, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE