CATHERINE CORTEZ MASTO
Nevada Attorney General
DENISE S. MCKAY
Deputy Attorney General
Nevada Bar No. 10507
Public Safety Division
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
P: (702) 486-3420
F: (702) 486-3773
dmckay@ag.nv.gov
*Attorneys for Defendants, Dwight Neven, Cole Morrow, Scott Alexander, and Jennifer Nash*

Attorney General's Office
555 E. Washington, Suite 3900
Las Vegas, NV 89101

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MATTHEW J. KING,

Plaintiff,

v.

WARDEN NEVEN, A/W MORROW, MAINTENANCE MIKE, JOHN DOE #1, SCOTT ALEXANDER, and JENNIFER NASH,

Defendants.

Case No. 2:12-cv-00572-GMN-VCF

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Plaintiff, MATTHEW J. KING, *pro se*, and Defendants, DWIGHT NEVEN, COLE MORROW, SCOTT ALEXANDER, and JENNIFER NASH, by and through their counsel, CATHERINE CORTEZ MASTO, Attorney General, and DENISE S. MCKAY, Deputy Attorney General, of the STATE OF

///

///

///

NEVADA, OFFICE OF THE ATTORNEY GENERAL, hereby stipulate as follows:

1. The above-entitled action shall be dismissed in its entirety with prejudice; and

2. The parties shall bear their own attorney fees, expenses, and costs.

| | |
|---|---|
| **IT IS SO STIPULATED** this 5th day of February, 2013.<br><br>By: ______________________<br>MATTHEW KING (#72688)<br>High Desert State Prison<br>P.O. Box 650<br>Indian Springs, Nevada 89070<br>*Plaintiff, Pro Se* | **IT IS SO STIPULATED** this 6th day of February, 2013.<br><br>CATHERINE CORTEZ MASTO<br>Attorney General<br><br>By: ______________________<br>DENISE S. MCKAY<br>Deputy Attorney General<br>Nevada State Bar No. 10507<br>*Attorneys for Defendants, Dwight Neven, Cole Morrow, Scott Alexander, and Jennifer Nash* |

Attorney General's Office
555 E. Washington, Suite 3900
Las Vegas, NV 89101

**IT IS SO ORDERED** this 6th day of February, 2013.

______________________
Gloria M. Navarro
United States District Judge